No. 80–5828.  HANEI v. ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 80–5829.  HAID v. WALKER ET AL.  C. A. 5th Cir. Certiorari denied.

No. 80–5831.  HOUSLEY v. MATTOX ET AL.  C. A. 5th Cir. Certiorari denied.

No. 80–5833.  BROOKS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–5834.  DONOHUE v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 80–5835.  GROCHULSKI v. HENDERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 80–5842.  EDWARDS v. JAGO.  C. A. 6th Cir.  Certiorari denied.

No. 80–5845.  KNIGHT v. ESTELLE, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex.  Certiorari denied.

No. 80–5846.  ROBINSON v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 80–5848.  BARKSDALE v. BREWER, WARDEN, ET AL. C. A. 7th Cir.  Certiorari denied.

No. 80–5849.  GRAY v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 80–5852.  MAGILL v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 80–5855.  HALL v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.